UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL MADYUN, ET AL.,<br><br>                    Plaintiff<br><br>           v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>                    Defendants. | Case No. 2:16-cv-06633-FMO (GJS)<br><br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

   **IT IS ADJUDGED THAT** this action is dismissed.

DATE: January 24, 2017                    _____/s/_____
                                        FERNANDO M. OLGUIN
                                        UNITED STATES DISTRICT JUDGE